****NOT FOR PRINTED PUBLICATION ****

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CAROL REYES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv193 |
| | § | Judge Clark/Judge Mazzant |
| GRACE HOME HEALTH, INC., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL**

Before the court is the parties' Joint Stipulation of Dismissal With Prejudice [Doc. #13].

It is **ORDERED** that the Joint Stipulation of Dismissal With Prejudice [Doc. #13] is accepted by the court. The court further **ORDERS** that all claims asserted or that could have been asserted by and among Plaintiff and Defendant in this action are **DISMISSED** in their entirety, with prejudice, with each party to bear their own attorney's fees and costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on January 17, 2014.

Ron Clark, United States District Judge